ACCEPTED
01-14-00898-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/6/2015 10:58:57 AM
CHRISTOPHER PRINE
CLERK

01-14-00898-CR

In the Court of Appeals for the First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/6/2015 10:58:57 AM
CHRISTOPHER A. PRINE
Clerk

Jose Cristino Hernandez, Jr.,

*Appellant*

v.

The State of Texas,

*Appellee*

## First Motion to Extend Time to File Brief

Jose Hernandez moves, under Rules 10.1 and 10.5(b) of the Texas Rules of Appellate Procedure, to extend the deadline for filing his brief.

The current deadline is January 20, 2015. This is Appellant's first motion to extend time to file his brief.

Appellant's counsel is still reviewing the record in this case, and has also been occupied with preparing briefs for Morgan v. State, 14-14-00607-CR, in the Fourteenth Court of Appeals; and Jimenez v. United States, 14-51332 in the United States Court of Appeals for the Fifth Circuit.

Appellant prays that the Court grant the motion and extend the deadline for filing his brief for 30 days from today, to March 7, 2015.

Certificate of Compliance

The word-processing software used to write this motion reports its length as 203 words.

Certificate of Service

I provided this document to the State by electronic service to curry_alan@dao.hctx.net simultaneously with electronic filing.

Respectfully,

_____

Bynum Law Office PLLC
2814 Hamilton Street
Houston, Texas 77004

Franklin Bynum
Texas Bar Number 24069451
fgb@lawfgb.com
(713) 343-8844